IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Willis, Mildred E

Printed: 1/22/08

Case Number: 05 B 32594
Judge: Wedoff, Eugene R
Filed: 8/17/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: November 12, 2007
Confirmed: October 6, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 7,300.00 |  |
| Secured: |  | 3,487.70 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,200.00 |
| Trustee Fee: |  | 312.30 |
| Other Funds: |  | 1,300.00 |
| Totals: | 7,300.00 | 7,300.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Staver & Gainsberg P.C. | Administrative | 2,200.00 | 2,200.00 |
| 2. | HSBC Bank USA | Secured | 0.00 | 0.00 |
| 3. | HSBC Bank USA | Secured | 9,887.73 | 3,487.70 |
| 4. | Peoples Energy Corp | Unsecured | 571.10 | 0.00 |
| 5. | Account Recovery Service | Unsecured |  | No Claim Filed |
| 6. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 7. | Medical Business Bureau Inc | Unsecured |  | No Claim Filed |
| 8. | Armor System Corporation | Unsecured |  | No Claim Filed |
| 9. | National Action Financial Services | Unsecured |  | No Claim Filed |
| 10. | Risk Management Alternatives | Unsecured |  | No Claim Filed |
| 11. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 12. | Chase | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 12,658.83 | $ 5,687.70 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 148.50 |
| 5% | 45.00 |
| 4.8% | 86.40 |
| 5.4% | 32.40 |
|  | _____ |
|  | $ 312.30 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Willis, Mildred E | Case Number:  05 B 32594 |
| | Judge:  Wedoff, Eugene R |
| Printed:  1/22/08 | Filed:  8/17/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

